# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 14-57758-MAR
DAWN R BARKER,  JUDGE MARK A RANDON
Debtor.
_____/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires debtor provide copies of all 2014 W-2s/1099s and a copy of the 2014 income tax return.

2. Trustee requires debtor to remit the 2014 income tax refund to the Trustee by a date certain.

3. As debtor received a Chapter 7 discharge on June 16, 2008 in a case filed on February 24, 2008 and is not eligible to file under Chapter 7 pursuant to 11 U.S.C. § 727(a)(8), Trustee objects to the plan as having been proposed in bad faith or by means, which are prohibited by law because the proposed dividend to unsecured creditors is a *de minimis* amount and, therefore, the debtor's Chapter 13 Plan is really a disguised liquidation.

4. Trustee objects to debtor's failure to list the residential lease in the Schedules and treat in the Chapter 13 Plan.

5. As debtor has a lean budget for a family of two, Trustee questions the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

6. Based upon Trustee's calculations, debtor's Plan is infeasible due to the discrepancy in the monthly payment with respect to American 1 Federal Credit Union in Class 5.1 of the Chapter 13 Plan and the Proof of Claim filed by the creditor.

7. Trustee requests documentation of the loan balance and payoff date for debtor's 401(k) loan.

8. Trustee requests that debtor disclose her occupation on any amended Schedule I.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

 OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
 Krispen S. Carroll, Chapter 13 Trustee


February 6, 2015  /s/Margaret Conti Schmidt
 KRISPEN S. CARROLL (P49817)
 MARGARET CONTI SCHMIDT (P42945)
 MARIA GOTSIS (P67107)
 719 Griswold Street
 Suite 1100
 Detroit, MI 48226
 (313) 962-5035
 notice@det13ksc.com

IN THE MATTER OF:            CHAPTER 13
                                                      CASE NO. 14-57758-MAR

DAWN R BARKER,             JUDGE MARK A RANDON
Debtor.
                                           /

## CERTIFICATE OF MAILING

       I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

WILLIAM C BABUT
700 TOWNER STE 1
YPSILANTI, MI 48198-5757

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

DAWN R BARKER
4322 BYRUM ROAD
ONONDAGA, MI 49264-0000


February 12, 2015                      /s/ Barbara A. Ecclestone
                                               Barbara A. Ecclestone
                                               For the Office of the Chapter 13 Trustee-Detroit
                                               719 Griswold Street
                                               Suite 1100
                                               Detroit, MI 48226
                                               (313) 962-5035
                                               notice@det13ksc.com